# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREEM GROVES, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 07-894-JPG |
| ILLINOIS INSTITUTIONAL MAXIMUM PRISON CORRECTIONAL FACILITY, *et al.*, | ) ) ) ) |
| Respondents. | |

## JUDGMENT

This action came before the Court for a preliminary consideration of Petitioner's application for a writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is summarily dismissed with prejudice. Judgment is entered in favor of Respondents and against Petitioner. Petitioner shall take nothing from this action.

| | | |
|---|---|---|
| July 2, 2008 | By: | s/ J. Phil Gilbert |
| *Date* | | *District Judge* |